The *overseers of the poor* of Southfield *against the* *-overseers of the poor* of Bloomingrove.

When an order for .e removal of a pauper has been made, & the pauper removed & settled and maintained by another town, & no appeal from the order, the justices by whom it was granted cannot, afterwards, supersede it.

[*106]

ON the return to a *certiorari* to the *general sessions* of the peace in *Orange* county, the following facts appeared. A *pauper* was removed from *Bloomingrove* to the town of *Southfield*, by an order of removal, under the hands and seals of two justices of the peace, dated 20th of *June,* 1805. On an appeal from this order, it was confirmed by the general sessions of the peace, in *Orange* county. It appeared that on the 23d of *Nov.*, 1803, [*] two justices of the peace of *Suffolk* county made an order for the removal of the same *pauper*, from the town of *Riverhead* to *Bloomingrove;* and she was accordingly removed in *February,* 1804, and delivered, with a copy of the order, to the overseers of the poor of *Bloomingrove,* who received and maintained her as a *pauper* of that town until the 20th of *June,* 1805. It appeared further, that the same justices of *Suffolk,* on the 10th of *June,* 1805, issued a *supersedeas* of this former *order,* directed to the overseers of *Bloomingrove,* declaring their former order to be quashed, obsolete, null and void.

*T. A. Emmett,* for the plaintiff in error. An order of removal once made and not appealed from, is conclusive, and the justice at *Riverhead* had no right to issue a *supersedeas.* A *supersedeas* is never allowed where the *pauper* has been in fact removed under the order. While the

order is in *fieri,* it may perhaps be superseded; but by the removal, it is executed, and cannot then be superseded. [He was stopped by the court, who desired to hear the other side.]

*Jones,* contra. The power of superseding orders of removal ought to be favoured, as it is much less expensive, and more expeditious than the proceeding by appeal. Orders have been revoked after a removal.* If the order was conclusive, it was as much so when first made as a year after. It is true, that the time for an appeal had elapsed; but this does not affect the question as to a *supersedeas.* The only question is, whether the justices have a right to supersede. If they have, it does not depend on the law as to appeals. In *England,* an order of removal may be abandoned.†

* *Bott's
Poor laws,*
626.

*Per Curiam.* The justices of *Riverhead* could not supersede the order of removal granted by them in *November,* 1803, after the pauper had been removed, settled, and maintained in *Bloomingrove* near twenty months, by virtue of that removal, and when no appeal had been made from that order. The order of the sessions must be reversed. Judgment reversed.

† *Burrows
Set. Cases,*
658.

## [*] Tillotson *against* Cheetham.

*Riker,* for the defendant, moved, that the writ of inquiry of damages in this case, which was an action for a *libel,* should be executed before a judge at the circuit. He read an affidavit of the defendant, stating that important questions of law were expected to arise on the inquiry, which, as he was advised by his counsel, would render the presence of a judge necessary to decide upon them; and that he verily believed that an impartial inquiry could not be had before the sheriff of *Albany.*

[* 107]
If it appear
that impor·ant
questions of
law ·ill arise
on the execu-
tion of a writ
of inquiry of
damages in an
action for a li-
bel, the court
will order it to
be executed
by a judge at
a circuit.

*Colden,* contra, objected that the affidavit was too general, and that the questions of law, which were expect-